Form ODSC7fi

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (San Jose)

| | |
|---|---|
| In re:<br>Humberto Padilla Perez<br>537 E Humbolt Street<br>San Jose, CA 95112 | Case Number: 11–55140 ASW 7<br>Chapter: 7 |
| Debtor(s) | |
| Debtor/Joint Debtor Social Security Number(s):<br>xxx–xx–2804 | |

## DISCHARGE OF DEBTOR AND FINAL DECREE

It appearing that the debtor(s) is/are entitled to a discharge, **IT IS ORDERED**:
The debtor(s) is/are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

It further appears that the trustee, John W. Richardson in the above–entitled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

ORDERED that the chapter 7 case of the above–named debtor is closed; that the Trustee is discharged and relieved of said trust.

Dated: 9/7/11   By the Court:

Arthur S. Weissbrodt
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Doc # 11

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* A creditor who violates this order can be required to pay damages and attorney's fees to the debtor. [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                              Northern District of California
In re:                                                              Case No. 11-55140-ASW
Humberto Padilla Perez                                              Chapter 7
         Debtor                  CERTIFICATE OF NOTICE
District/off: 0971-5         User: admin              Page 1 of 1              Date Rcvd: Sep 08, 2011
                             Form ID: ODSC7fi         Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2011.
```
db          +Humberto Padilla Perez,    537 E Humbolt Street,    San Jose, CA 95112-2411
smg          Secretary of The Treasury,    15th and Pennsylvania Ave. NW,    Washington, DC 20220-0001
smg         +State Board of Equalization,    Attn: Special Procedures Section, MIC:55,    P.O. Box 942879,
              Sacramento, CA 94279-0001
11906199    +Delaware Progress Finance,    465 Fairchild Dr Ste 115,    Mountain View, CA 94043-2254
11906200    +GE/JCPenney,   PO BOX 965007,    Orlando, FL 32896-5007
11906204    +NCO Financial/35,    21250 Hawthorne Blvd,    STE 400,   Torrance, CA 90503-5515
11906207    +Regional San Jose Medical Center,    225 N Jackson Ave,    San Jose, CA 95116-1603
11906208    +Salute/Urban Trust Bank,    PO BOX 105555,    Atlanta, GA 30348-5555
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: BJWRICHARDSON.COM Sep 09 2011 02:13:00      John W. Richardson,   5161 Soquel Dr. #F,
              Soquel, CA 95073-2560
smg          EDI: EDD.COM Sep 09 2011 02:13:00      CA Employment Development Dept.,    Bankruptcy Group MIC 92E,
              P.O. Box 826880,    Sacramento, CA 94280-0001
smg          EDI: CALTAX.COM Sep 09 2011 02:08:00      CA Franchise Tax Board,    Attn: Special Procedures,
              P.O. Box 2952,    Sacramento, CA 95812-2952
reqntc       EDI: RMSC.COM Sep 09 2011 02:13:00      GE Money Bank,    c/o Recovery Management Systems Corp.,
              25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11906197    +EDI: BANKAMER2.COM Sep 09 2011 02:13:00      Bank of America,    PO BOX 17054,
              Wilmington, DE 19850-7054
11906198     EDI: CAPITALONE.COM Sep 09 2011 02:13:00      Capital One,    PO BOX 30281,
              Salt Lake City, UT 84130-0281
11926924     EDI: RMSC.COM Sep 09 2011 02:13:00      GE Money Bank,    c/o Recovery Management Systems Corp.,
              Attn: Ramesh Singh,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11906202    +EDI: HFC.COM Sep 09 2011 02:13:00      HSBC BANK,    PO BOX 5253,    Carol Stream, IL 60197-5253
11906201    +EDI: CITICORP.COM Sep 09 2011 02:13:00      Home Depot/CitiBank,    PO BOX 6497,
              Sioux Falls, SD 57117-6497
11906203     EDI: IRS.COM Sep 09 2011 02:13:00      INTERNAL REVENUE SERVICE,
              CENTRALIZED INSOLVENCY OPERATIONS,    PO Box 21126,    Philadelphia, PA 19114-0326
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11906206*   +Progreso Financiero,    465 Fairchild Dr.,    Ste 135,    Mountain View, CA 94043-2252
11906205   ##+Progreso Financiero,    465 Fairchild Dr Suite 135,    Mountain View, CA 94043-2252
                                                                                              TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 10, 2011**                          **Signature:**      *Joseph Speetjens*